# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES FOSTER WILCOX, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-26 Erie |
| v. | ) | |
| | ) | |
| ERIE COUNTY PRISON, et al. | ) | District Judge Susan Paradise Baxter |
| Defendants. | ) | |

## ORDER

AND NOW, this 11th day of March, 2019,

For the reasons set forth in this Court's Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 16] is GRANTED, and Plaintiff's complaint in this matter is DISMISSED, with prejudice.

The Clerk is directed to mark this case closed.

_____
SUSAN PARADISE BAXTER
United States District Judge